FILED

2021 Oct-25 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| ERICA LEIGH WOOLDRIDGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-cv-1583-ACA-GMB |
| | ) | |
| CHAD GARRETT, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Petitioner Erica Leigh Wooldridge filed this 28 U.S.C. § 2241 petition for a writ of habeas corpus, along with a motion for preliminary injunction and temporary restraining order.   (Doc. 1).   The magistrate judge recommended denying Ms. Wooldridge's petition and her motion for a preliminary injunction and temporary restraining order.   (Doc. 7).   Although the magistrate judge advised Ms. Wooldridge of her right to file specific objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.   Accordingly, the court **WILL DENY** Ms. Wooldridge's § 2241 petition and her   motion for preliminary injunction and temporary restraining order.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 25, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE